1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287–Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9

                    UNITED STATES DISTRICT COURT
10
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12  F. G. CROSTHWAITE, et al., as Trustees of       Case No.:  C11-1440 SC
    the OPERATING ENGINEERS' HEALTH
13  AND WELFARE TRUST FUND, et al.,                 **THIRD AMENDED JUDGMENT
                                                    PURSUANT TO STIPULATION**
14                  Plaintiffs,

15          v.

16  BCJ SAND & ROCK, INC., *aka* BCJ SAND
    AND ROCK CORPORATION, a California
17  Corporation,

18                  Defendant.

19

20          IT IS HEREBY STIPULATED by and between the parties hereto, that this Third

21  Amended Judgment Pursuant to Stipulation ('Third Amended Stipulation') shall be entered in the

22  within action in favor of the Plaintiffs OPERATING ENGINEERS HEALTH AND WELFARE

23  TRUST FUND, et al. (collectively 'Plaintiffs' or 'Trust Funds') and against Defendant BCJ SAND &

24  ROCK, INC., *aka* BCJ SAND AND ROCK CORPORATION, a California Corporation, and/or

25  alter egos and/or successor entities, and JAMES BRAD SLENDER *aka* BRAD SLENDER, as

26  individual guarantor (collectively 'Defendant'), as follows:

27          1.      All provisions of the Second Amended and Restated Judgment Pursuant to

28  Stipulation ('Second Amended Stipulation'), entered by the Court on June 18, 2012, shall remain in

full force and effect and incorporated herein, except paragraphs 2, 3, 6, and 11, which are amended and agreed as follows.  References therein to Defendant shall include Guarantor.

**Revised ¶2:**

2.    The parties agree that Defendant remains indebted to the Trust Funds as follows:

| | | Principal | Liquidated Damages | Interest | Totals |
|---|---|---|---|---|---|
| Second Amended Stipulation balance (as of 9/27/12) | | $17,004.59 | | | |
| Conditionally waived Liquidated Damages in Second Amended Stipulation | | | $22,825.58 | | |
| 10% p/a Interest on Second Amended Stipulation Conditional Balance (9/28/12-12/17/12) | | | | $377.36 | |
| | | | | | $40,207.53 |
| 9/12 | Contributions | $5,120.73 | | | |
| | 20% Liquidated Damages | | $1,024.14 | | |
| | 10% p/a Interest (10/26/12-12/17/12) | | | $74.36 | |
| | | | | | $6,219.23 |
| 10/12 | Contributions | $6,989.89 | | | |
| | 20% Liquidated Damages | | $1,397.98 | | |
| | 10% p/a Interest (11/26/12-12/17/12) | | | $42.13 | |
| | | | | | $8,430.00 |
| 11/12 | Contributions | $7,496.40 | | | |
| | 20% Liquidated Damages | | $1,499.28 | | |
| | | | | | $8,995.68 |
| *SUB-TOTALS* | | *$36,611.61* | *$26,746.98* | *$493.85* | *$63,852.44* |
| Attorneys' fees (6/7/12-12/15/12) | | | | $8,307.00 | |
| Costs (4/20/12-12/11/12) | | | | $2,863.00 | |
| | | | | | $11,170.00 |
| **TOTAL – 3rd Amended Stipulation** | | | | | **$75,022.44** |
| *Credit (Redwood Credit Union levy, received 12/6/12* | | | | | *<$3,000.77>* |
| *Credits (Anticipated Levy proceeds (see Attachment A)* | | | | | *<$16,848.43>* |
| **Balance due after receipt of Attachment A proceeds:** | | | | | **$55,173.24** |

**Revised ¶¶3(a), 3(e), 3(f):**

3.    Personal guarantor James Brad Slender shall provide, no later than December 27, 2012, evidence of personal assets that will cover the balance due under this Third Amended Stipulation. It is expressly agreed that the anticipated levy proceeds of $19,856.20 remain due under Third Amended Stipulation until received.

**THIRD AMENDED JUDGMENT PURSUANT TO STIPULATION**
**Case No.: C11-1440 SC**
P:\CLIENTS\OE3CL\BCJ Sand and Rock Corp\Pleadings\March 2011 Action\Stipulations\C11-1440 SC (Executed) Third Amended Stipulation 121712.DOC

Defendant shall *conditionally* pay the amount of **$32,347.66,** representing all above amounts, less the anticipated levy receipts and the conditionally waived liquidated damages in the amount of **$22,825.58**. *This conditional waiver is expressly conditioned upon timely compliance with all of the terms of this Third Amended Stipulation,* as follows:

      (a)      Beginning on or before January 10, 2013, and continuing on or before the 10th day of each month thereafter, until all amounts due are paid in full, Defendant shall pay to Plaintiffs the amount of **$3,000.00** per month.

      (e)      Checks shall be made payable to the *Operating Engineers Local 3 Trust Funds*, and delivered on or before each due date to Muriel B. Kaplan at Saltzman & Johnson Law Corporation, 44 Montgomery Street, Suite 2110, San Francisco, California 94104, or to such other address as may be specified by Plaintiffs, to be received on or before the 10th day of each month.

      (f)      Prior to the last payment due to satisfy this Third Amended Stipulation, Plaintiffs shall advise Defendant, in writing, as to the final amount due, including interest and all additional attorneys' fees and costs incurred by Plaintiffs in connection with collection and allocation of the amounts owed to Plaintiffs under this Third Amended Stipulation. Defendant shall pay all additional attorneys' fees and costs incurred following those included herein, regardless of whether or not Defendant defaults herein. All additional amounts due pursuant to the provisions hereunder shall be paid in full with the final stipulated payment.

**Revised ¶6:**

6.      Beginning with contributions due for hours worked by Defendant's employees during the month of December 2012, which are due by January 15, 2013, and for every month thereafter, Defendant **shall remain current in reporting and payment of all contributions** due to Plaintiffs under the current Collective Bargaining Agreements and under all subsequent Collective Bargaining Agreements, if any, and the Declarations of Trust as amended. **Defendant shall submit its contribution report for each month, together its payment check, to the Trust Fund's designated P.O. Box. Defendant shall concurrently send a copy of that report and payment by email to both mkaplan@sjlawcorp.com and vanessa@sjlawcorp.com, or by facsimile to Muriel B. Kaplan at 415-882-9287, or to such other email or fax number as may**

1    **be specified by Plaintiffs.** Failure by Defendant to timely submit to Muriel B. Kaplan a copy of

2    its current contribution report and payment, or report of "no employees," if applicable, shall

3    constitute a default of the obligations under this agreement and the provisions of ¶11 shall apply.

4    **Revised ¶11(a):**

5        In the event that Defendant fails to provide evidence of personal assets or make any

6    payment required under revised ¶3 above, or fails to remain current in any contributions under ¶6

7    above or fails to timely provide the monthly documents required by ¶¶6 and 7 herein, and such

8    default is not timely cured, the following will occur:

9        (a)     The entire unpaid balance of the **$75,022.44** total due, as specified in ¶3(d),

10   and any unpaid contributions then due, plus 20% liquidated damages and 10% per annum interest

11   on the unpaid or late paid contributions, shall be made a part of this Judgment and be immediately

12   due and payable, together with any additional attorneys' fees and costs incurred during the term of

13   this Third Amended Stipulation.

14   _____

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

**THIRD AMENDED JUDGMENT PURSUANT TO STIPULATION**
**Case No.: C11-1440 SC**
P:\CLIENTS\OE3CL\BCJ Sand and Rock Corp\Pleadings\March 2011 Action\Stipulations\C11-1440 SC (Executed) Third Amended Stipulation 121712.DOC

2.     All other terms and provisions of the Second Amended and Restated Judgment Pursuant to Stipulation shall continue to remain in full force and effect, and all references therein to the Second Amended Stipulation shall mean and be incorporated into this Third Amended Stipulation.

| Dated: January 14, 2013 | **BCJ SAND & ROCK, INC.,** *aka* **BCJ SAND AND ROCK CORPORATION** |
|---|---|

By:   /S/James Brad Slender
James Brad Slender *aka* Brad Slender
Its RMO/CEO/President

| Dated: January 30, 2013 | **JAMES BRAD SLENDER aka BRAD SLENDER** |
|---|---|

By:   /S/James Brad Slender
James Brad Slender *aka* Brad Slender
As Personal Guarantor

| Dated: February 1, 2013 | **OPERATING ENGINEERS' HEALTH & WELFARE TRUST FUND, et al.** |
|---|---|

By:   /S/David E. Hayner
David E. Hayner
Collections Manager, Operating Engineers' Health & Welfare Trust Fund, et al.

IT IS SO ORDERED.

The Third Amended Judgment Pursuant to Stipulation is hereby entered.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over this matter.

Dated: _____February 26____, 2013     _____
THE HONORABLE SAMUEL CONTI
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

***ATTACHMENT A***
***to***
***THIRD AMENDED JUDGMENT PURSUANT TO STIPULATION***

*Crosthwaite, et al. v. BCJ Sand & Rock, Inc., et al.*
*USDC Case No. C11-1440 SC*

**Anticipated Levy Proceeds**

| Source | Amount |
|---|---|
| Redwood Credit Union | $3,000.77  * |
| Sonoma Bank | $7,914.44 |
| Basalite Concrete Products | $2,684.58 |
| Boral Industries | $572.30 |
| Boral Industries | $4,184.11 |
| McNear Brick and Block | $1,500.00 |
| **TOTAL** | **$19,856.20** |

* Received 12/6/12

**THIRD AMENDED JUDGMENT PURSUANT TO STIPULATION**
**Case No.: C11-1440 SC**
P:\CLIENTS\OE3CL\BCJ Sand and Rock Corp\Pleadings\March 2011 Action\Stipulations\C11-1440 SC (Executed) Third Amended Stipulation 121712.DOC